■ In the Matter of HARRIS J. KLEIN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents. (Liberal Party.) — Order unanimously affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of ROBERT A. PABIAN et al., Appellants, against EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents.— Order insofar as appealed from unanimously affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

## (September 23, 1957)

■ OLGA ALEXANDER, Respondent, v. STEPHEN CAVAGNARO, Appellant, et al., Defendant.— Motion by appellant after reversal of a judgment in favor of respondent and dismissal of the complaint (4 A D 2d 689) to compel respondent and her attorneys, William L. Fredericks, Esq., and Jere C. Sullivan, Esq., to make restitution. Motion granted to the extent of directing said attorneys to make restitution forthwith of $8,315.19 received by them in this action prior to such reversal (Civ. Prac. Act, § 587). Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ BANKERS TRUST COMPANY et al., as Executors of GEORGE I. GARBER, Deceased, Respondents, v. R & Z TELEVISION OF NEW YORK, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See ante, p. 690.]

■ PHOEBE BYRNE, Respondent, v. H. C. BOHACK Co. INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ CYMERMAN BROS., INC., Respondent, v. PAYNE HOMES, INC., Appellant. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See ante, p. 701.]

■ JOHN P. CRANE, Respondent-Appellant, v. NEW YORK WORLD TELEGRAM CORP. et al., Appellants-Respondents.— Motion by appellants-respondents for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld; JJ. [See ante, p. 779.]

■ ALFRED DAVIS, Respondent, v. HUGO PROSS, Appellant.— Motion to amend order dated May 13, 1957 denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 919.]

■ AGNES EMERY, Respondent, v. JOHN EMERY, Respondent. REUBEN E. GROSS, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument and for other relief denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 691.]

■ ALBERTHA FIELDS, as Administratrix of the Estate of HENRY FIELDS, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 911.]